IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES B. SANDERS, | § | |
| | § | |
| Petitioner Below, | § | No. 131, 2020 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF JUSTICE, | § | C.A. No. K20M-01-001 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: May 15, 2020
Decided: June 4, 2020

## ORDER

Following the denial of his motion to proceed *in forma pauperis* on April 23, 2020, the appellant was directed to pay the Court's filing fee by May 14, 2020, or else his appeal would be dismissed without further notice. The appellant has failed to pay the filing fee as ordered. The dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice